ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Red Bobtail Transportation | ) ASBCA Nos. 63783, 63784 |
| | )              63789, 63788 |
| | ) |
| Under Contract No. HTC711-14-D-R028 | ) |

APPEARANCE FOR THE APPELLANT:    Michael D. Maloney, Esq.
    Williams Mullen
    Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
    Deputy Chief Trial Attorney
    Geoffrey R. Townsend, Esq.
    Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE MELNICK

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $234,571.25. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: September 18, 2024

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures Continued)

I concur                                                I concur

OWEN WILSON                                             MICHAEL O'CONNELL
Administrative Judge                                    Administrative Judge
Acting Chairman                                         Vice Chairman
Armed Services Board                                    Armed Services Board
of Contract Appeals                                     of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63783, 63784, 63788,
63789, Appeals of Red Bobtail Transportation, rendered in conformance with the Board's
Charter.

Dated:  September 18, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2